```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:10-CR-075-2-CAP-RGV |
| BRANDON DOBBS, | |
| Defendant. | |

### **O R D E R**

This matter is currently before the court on the February 3, 2011, Final Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 52]. After carefully considering the R&R and the objections thereto [Doc. No. 53], the court receives the R&R [Doc. No. 52] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this  24th  day of    March    , 2011.


/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge